| | |
|---|---|
| 1 | **Law Offices of Geordan Goebel** |
|   | **Geordan Goebel      [State Bar #149513]** |
| 2 | 155 Granada Street, Suite M-2 |
|   | Camarillo, CA 93010-7725 |
| 3 | Phone: 805-482-7966 |
| 4 | Attorneys for Plaintiff, |
|   | STATE FARM GENERAL INSURANCE COMPANY |
| 5 | |
|   | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| 6 | Donald P. Eichhorn, Esq.      **[State Bar #139863]** |
|   | 525 Market Street - 17th Floor |
| 7 | San Francisco, CA 94105-2725 |
|   | Phone: 415-625-9350 Fax: 415-434-1370 |
| 8 | |
|   | Attorneys for Defendant, |
| 9 | SAMSUNG ELECTRONICS AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | ) ) | Case No.: 3:15-cv-05829-TEH |
|  | ) | **STIPULATION &  ORDER FOR** |
| Plaintiff, | ) | **CONTINUATION OF CASE** |
| vs. | ) ) | **MANAGEMENT CONFERENCE** |
| SAMSUNG ELECTRONICS AMERICA, INC.; | ) | Date: April 18, 2016 |
| and DOES 1 through 10, inclusive, | ) | Time: 1:30pm |
|  | ) | Courtroom 12 |
| Defendants. | ) |  |
|  | ) | **SENIOR DISTRICT JUDGE** |
|  |  | **THELTON E. HENDERSON** |

<u>**STIPULATION**</u>

WHEREAS, the parties have agreed to the filing of plaintiff's first amended complaint, and;

The court has requested the parties to continue the present April 18, 2016 case management conference, and;

The parties have met and conferred regarding the filing of the first amended complaint and the continuation of the April 18, 2016 case management conference;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that, the April 18, 2016, Case Management Conference be vacated or continued to a date 60 or more days in the future, so defendant can answer the first amended complaint, and prepare for a case management

---
1

**STIPULATION &  ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE**

conference.

**IT IS SO STIPULATED.**

DATED: April 18, 2016                LAW OFFICES OF GEORDAN GOEBEL

                                     By: */s/Geordan Goebel*
                                     GEORDAN GOEBEL
                                     Attorneys for Plaintiff,
                                     STATE FARM GENERAL INSURANCE CO.

DATED: April 18, 2016                WILSON ELSER MOSKOWITZ EDELMAN &
                                     DICKER, LLP

                                     By: */s/Donald P. Eichhorn*
                                     DONALD P. EICHHORN,
                                     Attorneys for Defendant,
                                     GENERAL ELECTRIC COMPANY

**ORDER**

**The foregoing stipulation is approved, and IT IS SO ORDERED** that the case management conference is continued to Monday, June 20, 2016, at 1:30 PM. A joint case management statement shall be filed at least seven days prior.

Dated: 04/18/2016                    _____
                                     US District Judge Thelton E. Henderson

---

2
**STIPULATION & ORDER FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE**